KNUTSON MORTGAGE CORPORATION *v.* MIHALY J.
SALATA ET AL.
(AC 19732)

Lavery, Schaller and Hennessy, Js.

Submitted on briefs January 26—officially released February 15, 2000

Per Curiam. The judgment is affirmed.